## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:                              )
                                    )   CHAPTER
Damecia R Means                     )
                                    )   CASE NO: 15-10994

## REQUEST FOR HEARING MOTION TO DISMISS

COMES NOW the debtor(s) Damecia R Means, by *and through counsel and files this request for a hearing on TRUSTEE'S MOTION TO DISMISS.*

This 14th *March 2018*

s/Angela McElroy-Magruder
Ga Bar #113625

I hereby certify that I have served a copy of the within & foregoing by electronic mail to the trustee on March 14, 2018 as follows:

> Huon Le
> Chapter 13 Trustee
> notices@chp13aug.org
> 570 James Brown Blvd
> Augusta GA  30901

s/Angela McElroy-Magruder
CLAEYS, MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta, GA 30901
(706) 724-6000