**IT IS ORDERED as set forth below:**



Date: April 17, 2018

_____
Susan D. Barrett
United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| In re: DAMECIA MEANS | Case No.: 15-10994 |
|---|---|
| | Judge: Susan D. Barrett |
| Debtor(s) | Chapter: 13 |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

   ☐ With prejudice against refiling for 180 days;

   ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

14

Chapter 13 Case No.: 15-10994

Page 2

- [✓] Denied on the condition that Debtor(s):
  - [ ] File a Modified Plan within fourteen (14) days.
  - [ ] Raise payments to $_____ per _____ for the balance of the plan;
  - [✓] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.
  - [✓] Pay $430.00 by 5/25/2018 ;
  - [ ] Pay $_____ per _____ until _____.
  - [✓] Makes all future payments to Trustee in a timely manner.
- [ ] Continued to the _____ term of Court.
  - [ ] With payments of $_____ in the interim.
- [✓] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

For 12 months

[END OF DOCUMENT]

**Consented to by:**

Debtor: _____

Debtor: _____

Debtor's Attorney: KELLY B. KITCHENS

Chapter 13 Trustee/Attorney for: _____
Huon Le, Cortney Elam, Jane Miller