United States Bankruptcy Court
Southern District of Georgia

```
In re:                                                          Case No. 15-10994-SDB
Damecia R Means                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113J-1           User: mweaver              Page 1 of 1          Date Rcvd: Apr 17, 2018
                               Form ID: pdf004            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2018.
db             +Damecia R Means,    3006 Alene Court,    Augusta, GA 30906-4304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2018 at the address(es) listed below:
              Angela   McElroy-Magruder    on behalf of Debtor Damecia R Means mcelroymagruder@aol.com
              Huon   Le    notices@chp13aug.org
                                                                                             TOTAL: 2

**IT IS ORDERED as set forth below:**



Date: April 17, 2018

_Susan D. Barrett_
Susan D. Barrett
United States Bankruptcy Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| In re:          | Case No.: 15-10994 |
|-----------------|--------------------|
| DAMECIA MEANS   | Judge: Susan D. Barrett |
|                 | Chapter: 13 |
| Debtor(s)       |              |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☐ Granted and the case is dismissed;

  ☐ With prejudice against refiling for 180 days;

  ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

14

Chapter 13 Case No.: 15-10994

Page 2

- [✓] Denied on the condition that Debtor(s):
  - [ ] File a Modified Plan within fourteen (14) days.
  - [ ] Raise payments to $_____ per _____ for the balance of the plan;
  - [✓] Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.
  - [✓] Pay $430.00 by 5/25/2018 ;
  - [ ] Pay $_____ per _____ until _____.
  - [✓] Makes all future payments to Trustee in a timely manner.
- [ ] Continued to the _____ term of Court.
  - [ ] With payments of $_____ in the interim.
- [✓] Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

For 12 months

[END OF DOCUMENT]

**Consented to by:**

Debtor: _____

Debtor: _____

Debtor's Attorney: KELLY B. KITCHENS _____

Chapter 13 Trustee/Attorney for: _____

Huon Le, Cortney Elam, Jane Miller